UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRIO M. RAY, <br><br> Plaintiff, <br> v. <br><br> KENNETH J. BRAITHWAITE, <br><br> Defendant. | CASE NO. 3:21-cv-05048-DGE <br><br> ORDER DISMISSING CASE |

On June 21, 2023, the parties filed a stipulated motion for dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 24.)  Accordingly, this case is DISMISSED with prejudice and without any award of costs or fees.

Dated this 22nd day of June, 2023.

David G. Estudillo
United States District Judge

ORDER DISMISSING CASE - 1